IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DE'MARCUS CHAPMON, § <br> (former Chambers County #49887) § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> SHERIFF JOE LARIVE, *et al.,* § <br> § <br> Defendants. § | CIVIL ACTION H-08-0077 |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum on Dismissal entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on July 21, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge